IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| CAMERON MARTIN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 1:20-cv-01242-STA-jay |
| ) | |
| ANGELA OWENS, ) | |
| ) | |
| Respondent. ) | |

ORDER DIRECTING CLERK TO MODIFY DOCKET
AND
RESPONDENT TO RESPOND TO THE § 2241 PETITION

Petitioner Cameron Martin has filed a *pro se* habeas corpus petition (the "Petition"), pursuant to 28 U.S.C. § 2241. (Docket Entry ("D.E.") 1.) The pleading is before the Court for preliminary review. *See* 28 U.S.C. § 2243; *Harper v. Thoms,* No. 02–5520, 2002 WL 31388736, at *1 (6th Cir. Oct. 22, 2002).

It is **ORDERED** that the Clerk shall serve a copy of the Petition and this order on Respondent Angela Owens[1] by certified mail pursuant to Rule 4 of the *Rules Governing Section 2254 Cases in the United States District Courts*.[2] The Clerk is further **DIRECTED** to provide a

---

[1] Petitioner is currently imprisoned at the Federal Correctional Institution in Memphis, Tennessee. The warden of that facility is Angela Owens. Petitioner is generally correct in naming "Warden, FCI Memphis" as the Respondent in this case. *See* 28 U.S.C. §§ 2242, 2243; *Rumsfeld v. Padilla*, 542 U.S. 426, 434-35 (2004). However, in the interest of precision, the Clerk is **DIRECTED** to modify the docket to show "Angela Owens" as Respondent.

[2] These Rules are applicable to habeas petitions under 28 U.S.C. § 2241. *See* Rule 1(b), § 2254 Rules ("The district court may apply any or all of these rules to a habeas petition not covered by Rule 1(a).")

copy of the Petition and this order to the United States Attorney for the Western District of Tennessee, United States Attorney General William P. Barr, and Kathleen Hawk Sawyer, the Director of the Federal Bureau of Prisons.

It is **ORDERED** that Respondent shall respond to the § 2241 Petition within twenty-eight days of entry of this order.  Petitioner may, if he chooses, submit a reply to Respondent's response within twenty-eight days of service.  Petitioner may request an extension of time to reply by filing a motion on or before the due date of his reply.

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: November 6, 2020